1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

Said ABIYOW; Tegest ALEMU; Kashindi ALULU; Nyota BOKESE; Shabani BOKESE; Maymun EGAL; Abdi HUSSEIN; Fatuma IBRAHIM; Abdinur JAMA; Mohamed Osman JAMA; Shukari JAMA; Kerai MBERWA; Abdi Hagi MODOWE; Lul MOHAMED; Mohammed MOHAMMED; Bare Mahamed MUSSE; Abdi MWECHIWA; Lucy NYIRARWAKA; Hassan OMAR; Ananie RUGENZA; Mohamud H. SALAD; Mohamud Abdi SHURE; Ali Hussein SHURIYE; Semir Desta TESEMA; Abdullahi WARSAME; Abdi Omar YUSAF,

Plaintiffs,

v.

Bristol Bay Native Corporation, Glacier Technical Solutions, LLC, and Workforce Resources, LLC,

Defendants.

Case No.  19-cv-01052-GPC-AGS

**ORDER TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Complaint Filed:  06/04/19

19-cv-01052-GPC-AGS

Pursuant to Federal Rule of Civil Procedure Rule 41, the Parties' Joint Stipulation of Dismissal With Prejudice and good cause appearing therefore, it is HEREBY ORDERED, ADJUDGED and DECREED as follows:

1.    Plaintiffs' entire action, and each and every claim for relief asserted therein by each of the Plaintiffs, shall be and hereby is DISMISSED IN ITS ENTIRETY WITH PREJUDICE; and

2.    Each party shall bear his, her, or its own costs and attorneys' fees in this action.

IT IS SO ORDERED.

Dated:  November 15, 2019

Hon. Gonzalo P. Curiel
United States District Judge

19-cv-01052-GPC-AGS